

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00643-CR

Steve **HERRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11845
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 17, 2024.

_____
Lori I. Valenzuela, Justice